**Order entered April 6, 2020**



**In The**
## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-20-00143-CV

### THEODORE SIMMONS, Appellant

### V.

### MIDLAND FUNDING, LLC, Appellee

**On Appeal from the County Court at Law No. 3
Dallas County, Texas
Trial Court Cause No. CC-19-01681-C**

### ORDER

Before the Court is appellant's April 1, 2020 motion to compel the filing of the supplemental clerk's records he requested on March 12 and March 16, 2020. We **GRANT** the motion **TO THE EXTENT THAT** we **ORDER** Dallas County Clerk John. F. Warren to file the supplemental clerk's records no later than April 17, 2020. If any of the items appellant has requested cannot be located or do not exist, Mr. Warren shall state so in writing.

We **DIRECT** the Clerk of the Court to send a copy of this order to Mr. Warren and the parties.

/s/     ROBERT D. BURNS, III
CHIEF JUSTICE